**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7732

OPHELIA AZRIEL DE'LONTA,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; M. V. SMITH, Dr.; R.
HULBERT, Dr.; C. J. ANGLIKER, Dr.; DOCTOR
WRAY; DOCTOR SWETTER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-99-642-7)

Submitted: March 20, 2001          Decided: April 24, 2001

Before WILKINS, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ophelia Azriel De'Lonta, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; George W. Wooten, Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia; Heather Marie Kofron, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ophelia A. De'Lonta appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>De'Lonta v. Angelone</u>, No. CA-99-642-7 (W.D. Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>